# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## CERTIFICATE OF BIRTH REGISTRATION

DATE FILED

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE **CERTIFICATE OF BIRTH**

2004 OCT -6 A 11: 21

Birth No.  156-04-093399

| 1. FULL NAME OF CHILD | First Name | Middle Name | Last Name |
|---|---|---|---|
| | ERICK | STEVE | RUIZ CEBALLOS |

| 2. SEX | 3a. NUMBER DELIVERED of this pregnancy | 4a. DATE OF CHILD'S BIRTH | (Month) (Day) (Year) | 4b. HOUR |
|---|---|---|---|---|
| Male | 1 | | October 1, 2004 | 08:36 PM |
| | 3b. If more than one, number of this child in order of delivery | | | |

| 5. PLACE OF BIRTH | 5a. NEW YORK CITY BOROUGH OF | 5b. Name of Facility (If not in institution, street address) | 5c. TYPE OF PLACE |
|---|---|---|---|
| | Queens | JAMAICA HOSPITAL | Hospital |

| 6a. MOTHER'S FULL MAIDEN NAME | 6b. MOTHER'S DATE OF BIRTH (Month) (Day) (Year) | 6c. MOTHER'S BIRTHPLACE City & State or foreign country |
|---|---|---|
| VIVIAN IVONNE CEBALLOS CASTILLO | 06/17/1977 | Guatemala |

| 7. MOTHER'S USUAL RESIDENCE a. State | b. County | 7c. City, town, or location | 7d. Street and house number | Zip | 7e. Inside city limits of 7c? |
|---|---|---|---|---|---|
| NY | Queens | Hollis | 90-42 199th Street | 11423 | Yes |

| 8a. FATHER'S FULL NAME | 8b. FATHER'S DATE OF BIRTH (Month) (Day) (Year) | 8c. FATHER'S BIRTHPLACE City & State or foreign country |
|---|---|---|
| ERICK SAUL RUIZ MARROQUIN | 10/25/1976 | Guatemala |

| 9a. NAME OF ATTENDANT AT DELIVERY | 9b. I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN |
|---|---|
| LAWRENCE KRAMER, M.D. | Signed _____ Grant R.N. |
| | Name of Signer  JACQUELINE GRANT |

Information added or amended

| (Reason) | Address  Jamaica Hospital, Jamaica, NY 11418 |
|---|---|
| Date | City Registrar | Date Signed  October 6, Year 2004 |

**VITAL RECORDS    DEPARTMENT OF HEALTH AND MENTAL HYGIENE    THE CITY OF NEW YORK**

VIVIAN IVONNE CEBALLOS

90-42 199th Street

Hollis            NY        11423

MOTHER'S MAILING ADDRESS

Copy of this certificate will be mailed to her when it is filed with the Department of Health and Mental Hygiene.

Above is a Certificate of Birth Registration for your child, which is sent without charge. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law. If the certificate contains any errors it is important to have them corrected as soon as possible. You may call (212) 788-4520 for information. Or, you may write to the Corrections Unit, Office of Vital Records, 125 Worth Street - CN4, New York, New York 10013. Forms and instructions are also available on the Department of Health and Mental Hygiene's Web site: www.nyc.gov/health

MAYOR          COMMISSIONER OF HEALTH AND MENTAL HYGIENE          CITY REGISTRAR

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

ISSUE DATE:          OCTOBER 12, 2004          DOCUMENT No.  F260234

The City of New York

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE